THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Keyarda Pierre Riley, Appellant.
 
 
 

Appeal From Richland County
  G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2004-UP-351
 Submitted March 19, 2004  Filed May 27, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Warren Blair Giese, of Columbia, for 
 Respondent.
 
 
 

PER CURIAM:  Keyarda Pierre Riley was convicted 
 of possession with intent to distribute marijuana.  He was sentenced to six 
 years in prison.  Riley appeals, arguing the trial court erred in ruling that 
 Riley could be impeached with a prior conviction for assault and battery of 
 a high and aggravated nature.  On appeal, counsel for Riley has filed a brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that 
 there were no meritorious grounds for appeal and requesting permission to withdraw 
 from further representation.  Riley has not filed a pro se response.  

After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.